

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-20-00548-CV

Bret **CALI**,
Appellant

v.

**SISTERDALE GENERAL HOLDINGS, LLC**, Jason Underwood, and Tom Underwood,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-372
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was due on December 14, 2020. *See* TEX. R. APP. P. 35.1. After the record was not timely filed, on January 21, 2021, this court notified court reporter Connie Calvert that the reporter's record was late and she must file a notification of late record by February 1, 2021, or the reporter's record not later than February 22, 2021. *See id.* R. 37.3(a)(1). To date, this court has not received a notification of late record and the reporter's record has not been filed.

We ORDER court reporter Connie Calvert to file the reporter's record in this court **within TEN DAYS of the date of this order**. *See id.* R. 35.3(c).

If the reporter's record is not filed as ordered, a show cause order shall issue directing Connie Calvert to appear on a day certain and show cause why he should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

We direct the clerk of this court to cause a copy of this order to be served on Connie Calvert by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we direct the clerk of this court to deliver a copy of this order to the Honorable Kirsten Cohoon, Presiding Judge of the 451st District Court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court